# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America<br>vs.<br>Eliodoro Guzman Arreguin | )<br>)<br>)<br>) | Case No.<br>1:11-cr-00241-AWI |

FILED
JUL 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eliodoro Guzman Arreguin, have discussed with Jacob Scott, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: **You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  07/21/11        _____  7/29/11
Signature of Defendant     Date             Pretrial Services Officer   Date
Eliodoro Arreguin                            Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                                            7/29/11
Signature of Assistant United States Attorney                         Date
Ian Garriques

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                            7/27/11
Signature of Defense Counsel                                          Date
Eric Kersten

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  7/29/11.
[ ] The above modification of release is *not* ordered.

_____                                            7/29/11
Signature of Judicial Officer                                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services