# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| United States of America <br> vs. <br> Eliodoro Guzman Arreguin | ) ) ) ) ) | Case No. <br> 1:11-cr-00241-AWI |

FILED

AUG 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eliodoro Guzman Arreguin, have discussed with Monte Olson, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: **You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  08/02/11          _____  8-2-11
Signature of Defendant   Date              Pretrial Services Officer   Date
Eliodoro Arreguin                          Monte Olson

I have reviewed the conditions and concur that this modification is appropriate.

_____                     8-10-11
Signature of Assistant United States Attorney    Date
Ian Garriques

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     8/10/11
Signature of Defense Counsel               Date
Eric Kersten

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  8/10/11
☐ The above modification of conditions of release is *not* ordered.

_____                     8/10/11
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services