DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eliodoro Guzman-Arreguin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>ELIODORO GUZMAN-ARREGUIN,<br><br>    *Defendant.* | No. 1:11-cr-00241 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: October 24, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

  **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Eliodoro Guzman-Arreguin, that the date for status conference in this matter may be continued to October 24, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is October 3, 2011. The requested new date is October 24, 2011.**

  This continuance is requested to allow additional time for Mr. Guzman-Arreguin to consider the pending plea offer.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 28, 2011        By /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 28, 2011        By /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Eliodoro Guzman-Arreguin

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference        2