1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Eliodoro Guzman-Arreguin

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) No. 1:11-cr-00241 AWI
                                         )
12 |         Plaintiff,                  ) STIPULATION TO CONTINUE SENTENCING
                                         ) HEARING AND [PROPOSED] ORDER
13 |   v.                                )
                                         )
14 | ELIODORO GUZMAN-ARREGUIN,           ) Date:  May 7, 2012
                                         ) Time:  10:00 a.m.
15 |         Defendant.                  ) Judge: Hon. Anthony W. Ishii
                                         )
16 | _____     )

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant, Eliodoro Guzman-Arreguin, that the date for

21  sentencing may be continued to May 7, 2012, or the soonest date thereafter that is convenient to the court.

22  **The date currently set for sentencing is April 23, 2012.  The requested new date is May 7, 2012, at**

23  **10:00 a.m.**

24         Due to unanticipated delays in completing Mr. Guzman-Arrreguin's presentence interview

25  additional time is necessary to allow for to completion the Presentence Investigation Report and any

26  objections and/or responses thereto prior to the sentencing date.

27         The parties agree that the delay resulting from the requested continuance shall be excluded as

28  necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 16, 2012            By /s/ Ian A. Garriques
                                 IAN A. GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 16, 2012            By /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Eliodoro Guzman- Arreguin

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE