1  DANIEL J. BRODERICK, Bar #89424
Federal Defender
2  ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  Eliodoro Guzman-Arreguin

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  No. 1:11-cr-00241 AWI
                                          )
12           *Plaintiff,*                   )  STIPULATION TO CONTINUE SENTENCING
                                          )  HEARING AND ORDER
13       v.                                )
                                          )
14  ELIODORO GUZMAN-ARREGUIN,             )  Date:  May 21, 2012
                                          )  Time:  10:00 a.m.
15           *Defendant.*                   )  Judge: Hon. Anthony W. Ishii
                                          )
16  _____  )

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant, Eliodoro Guzman-Arreguin, that the date for

21  sentencing may be continued to May 21, 2012, or the soonest date thereafter that is convenient to the

22  court.  **The date currently set for sentencing is May 7, 2012.  The requested new date is May 21,**

23  **2012, at 10:00 a.m.**

24          Defense counsel just received paperwork which indicates that Mr. Arreguin did not commit an

25  offense for which he is receiving criminal history points.  If it is established that Arreguin did not commit

26  this offense, it will result in a reduction of Arreguin's criminal history category and sentencing guideline

27  range.  A short continuance is requested to allow time to clarify the issue prior to sentencing.

28

1    The parties agree that the delay resulting from the requested continuance shall be excluded as

2  necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this

3  reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the

4  public and the defendants in a speedy trial.

5

6                                                    BENJAMIN B. WAGNER
                                                    United States Attorney
7

8    DATED: May 3, 2012                   By /s/ Ian A. Garriques
                                                    IAN A. GARRIQUES
9                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff
10

11                                                  DANIEL J. BRODERICK
                                                    Federal Defender
12

13   DATED: May 3, 2012                   By /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
14                                                  Assistant Federal Defender
                                                    Attorney for Defendant
15                                                  Eliodoro Guzman- Arreguin

16

17

18

19                                       **O R D E R**

20     **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

21  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22

23  IT IS SO ORDERED.

24

25  Dated:    May 4, 2012                  _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE
26

27

28

Guzman-Arreguin: Stipulation to Continue Sentencing          2