1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) Case No. 1:11-CR-00241-AWI
                                  )
12 |             Plaintiff,       ) STIPULATION TO CONTINUE
                                  ) SENTENCING; ORDER
13 |                              )
                v.                )
14 |                              ) Date: June 11, 2012
   | ELIODORO GUZMAN ARREGUIN     ) Time: 10:00 a.m.
15 |                              ) Judge: Hon. Anthony W. Ishii
                                  )
16 |             Defendant.       )
                                  )
17 | _____)

18     **IT IS HEREBY STIPULATED** by and between the parties hereto,
19 and through their respective attorneys of record herein, that the
20 sentencing now set for June 4, 2012, may be continued to **June 11,**
21 **2012, at 10:00 a.m.**
22     The reason for the brief continuance is to allow for the
23 availability of assigned counsel at sentencing.  Specifically,
24 counsel for the government recently learned that he will have to
25 be out of town for work purposes on the day of the previously
26 scheduled sentencing hearing.  As this is a post-plea sentencing
27 hearing, time need not be excluded under the Speedy Trial Act.
28

1 | Dated: May 30, 2012                    Respectfully submitted,

2 |                                        BENJAMIN B. WAGNER
                                           United States Attorney
3 |
                                      By:  /s/ Ian L. Garriques
4 |                                        IAN L. GARRIQUES
                                           Assistant U.S. Attorney
5 |

6 | Dated: May 30, 2012              By:   /s/ Eric V. Kersten
                                           ERIC V. KERSTEN
7 |                                        Attorney for Defendant

8 |

9 |

10 |
                                **O R D E R**
11 |

12 | IT IS SO ORDERED.

13 |
     Dated:     May 30, 2012          _____
14 |                                  CHIEF UNITED STATES DISTRICT JUDGE