```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00241-AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| ELIODORO GUZMAN ARREGUIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on February 24, 2012, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 1028(b)(5), based upon the plea agreement entered into between plaintiff and defendant Eliodoro Guzman Arreguin forfeiting to the United States the following property:

    a) One Smith Corona Typewriter;
    b) One FujiFilm Digital Camera;
    c) One Sony Digital Camera;
    d) One Nokia cell phone;
    e) Two Samsung Galaxy cell phones;
    f) One Attache thumbdrive 2G,
    g) One black wallet with contents, and
    h) Card making supplies.

AND WHEREAS, beginning on March 13, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

FINAL ORDER OF FORFEITURE      1

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Eliodoro Guzman Arreguin.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     July 24, 2012      _____
                              CHIEF UNITED STATES DISTRICT JUDGE